# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2023

Lyle W. Cayce
Clerk

No. 22-20520

_____

Venequip, S.A.,

*Petitioner—Appellant*,

*versus*

Mustang Machinery Company, L.L.C.,

*Respondent—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-MC-2391

_____

Before Dennis, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:[*]

This appeal concerns 28 U.S.C. § 1782, which "seeks to facilitate third-party discovery in American district courts, from subjects that reside or are found in the district, in aid of 'interested parties' in 'foreign proceedings.'" *Banca Pueyo SA v. Lone Star Fund IX (US), L.P.*, 55 F.4th 469, 473 (5th Cir. 2022) (citations omitted). Appellant Venequip, S.A. ("Venequip") challenges the district court's denial of its § 1782 application,

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-20520

wherein it sought an order requiring appellee Mustang Machinery Company, L.L.C. ("Mustang") to produce certain discovery located in the United States for use in a Swiss action to which Mustang is not a party. Having reviewed the briefs, record, and opinion of the district court, and having heard oral argument, we see no reversable error of law. AFFIRMED. *See* 5TH CIR. R. 47.6.